1  CRIS C. VAUGHAN, SBN 99568
2  VAUGHAN & ASSOCIATES
   6207 South Walnut Street, Suite 800
3  Loomis, CA  95650
   Telephone: 916-660-9401
4  Facsimile: 916-660-9378
5
   Attorneys for Plaintiffs,
6  John Means, David Caluya, Edward Casillas, Adrian Navarro, Timothy Padilla, Peter Prokopchuk, Alan Rodriguez, and Brady Sivongxay
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Means, David Caluya, Edward Casillas, Adrian Navarro, Timothy Padilla, Peter Prokopchuk, Alan Rodriguez, and Brady Sivongxay,<br><br>Plaintiffs,<br><br>v.<br><br>Ultimate Electric, Inc., a California Corporation; James Stephenson; and Barbara Ziegler,<br><br>Defendants. | Case No.: 2:11-cv-02538-WBS-EFB<br><br>**STIPULATION TO SUBMIT CASE TO NON-BINDING ARBITRATION ON BEHALF OF ADRIAN NAVARRO, ALAN RODRIGUEZ AND BRADY SIVONGXAY AND ORDER** |

Plaintiffs, Adrian Navarro, Alan Rodriguez, and Brady Sivongxay, and Defendants, Ultimate Electric Inc., James Stephenson and Barbara Ziegler, by and through their counsel, hereby stipulate:

1. On June 18, 2012, to the court's Order granted Defendants' Motion to Compel Arbitration with respect to the claims of Plaintiffs John Means, David Caluya, Edward Casillas, Timothy Padilla, and Peter Prokopchuk;

-1-
*STIPULATION*           *2:11-cv-02538-WBS-EFB*

2. Plaintiffs, Adrian Navarro, Alan Rodriguez, and Brady Sivongxay, did not have a binding arbitration agreement as part of their employment with Ultimate Electric, Inc.;

3. Plaintiffs Navarro, Rodriguez and Sivongxay, by and through their counsel, hereby stipulate to participate in the arbitration as a non-binding arbitration through the same arbitration proceeding which will be binding upon the remaining Plaintiffs.

4. Counsel for Defendants hereby stipulates that Plaintiffs Navarro, Rodriguez and Sivongxay's participation in the arbitration will be a non-binding arbitration in the same proceedings as the binding arbitration as to the remaining Plaintiffs;

5. In order to complete the arbitration of all of the Plaintiffs' claims, Plaintiffs Adrian Navarro, Alan Rodriguez, and Brady Sivongxay, and Defendants stipulate that the currently pending litigation may be stayed pending the outcome of the arbitration based on the fact that the arbitrated and litigated disputes involve many of the same issues relating to wage and overtime claims, common jobsites and travel issues; and many of the claims would be duplicated if litigated separately.

6. Upon completion of the arbitration, Plaintiffs, Adrian Navarro, Alan Rodriguez, and Brady Sivongxay, will be entitled to, without opposition, seek the termination of the Stay of Proceedings and proceed to trial by judge or jury or in the alternative, will dismiss their claims; and

7. The Parties to this Stipulation agree that the stay of the present case shall continue for sixty (60) days past completion of the arbitration or until the unopposed request for the Stay to be terminated by Plaintiffs, Adrian Navarro, Alan Rodriguez, and Brady Sivongxay is granted.

IT IS SO STIPULATED.

VAUGHAN & ASSOCIATES

Dated:  August 1, 2012        /s/ Cris C. Vaughan
Cris C. Vaughan, Attorney for Plaintiffs


COTA COLE


Dated:  August 1, 2012        /s/ Sean D. DeBurgh
Sean D. DeBurgh, Attorney for Defendants


ORDER

Pursuant to the Stipulation to Submit Case to Non-Binding Arbitration on Behalf of Plaintiffs Adrian Navarro, Alan Rodriguez and Brady Sivongxay mutually executed by Counsel for respective Plaintiffs and Defendants, good cause appearing, this matter is stayed with regard to these Plaintiffs pending further order of the Court.

IT IS SO ORDERED.

Dated:  August 2, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE